Walter E. PARFITT, respondent appellant, v. The CITY OF NEW YORK, appellant re-

spondent. (Supreme Court, Appellate Division, Second Department. March 31, 1916.) Judgment reversed and new trial granted, costs to abide the event, unless within ten days from the entry of the order herein plaintiff stipulate to reduce the verdict to $9.400, in which event the judgment reduced to $9,400, with $61.58 costs, but without interest, is affirmed, without costs to either party on this appeal. The order of April 29, 1915, is also affirmed, without costs. No opinion. Jenks, P. J., and Thomas, Stapleton, and Putnam, JJ., concur. Carr, J., not voting.